UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,
    Plaintiff,

vs.                                          Case No.: 3:21cv330/MCR/EMT

DEPARTMENT OF HOMELAND
SECURITY, et al.,
    Defendants.
                                          /

## **REPORT AND RECOMMENDATION**

Plaintiff, proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis (IFP) (ECF Nos. 1, 2). Plaintiff's IFP motion was deficient in that Plaintiff did not provide the majority of the information requested, striking through sections, invoking "Kiva Secrecy Rights," and responding that certain information was confidential or subject to a "confidential legal agreement" (*see* ECF No. 2).[1] The undersigned thus denied Plaintiff's motion without prejudice and advised that, in order to proceed with the case, Plaintiff was required to either pay the full filing fee of $402.00 or file a fully and properly completed IFP motion within thirty days.

---

[1] This is not the first time, or the first case, in which Plaintiff has engaged in such obstructionist tactics.

Case No.: 3:21cv330/MCR/EMT

The undersigned directed the clerk of court to provide Plaintiff a complete set of forms needed to file a motion to proceed IFP and advised that failure to comply with the order as instructed would result in a recommendation, without further notice, that the action be dismissed. More than thirty days have passed, and Plaintiff has neither paid the filing fee nor filed a fully and properly completed IFP motion.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 6th day of April 2021.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:21cv330/MCR/EMT